# Exhibit A

**From:** "Diffley, Dan" <Dan.Diffley@alston.com>
**Date:** December 24, 2019 at 8:14:50 AM EST
**To:** "Maines, J. Allen (ATL - X48525)" <Allen.Maines@hklaw.com>
**Subject: FW: Tyson/API**

*[External email]*
FYI.

**From:** Diffley, Dan
**Sent:** Tuesday, December 24, 2019 8:14 AM
**To:** 'Sledge, Edward' <esledge@bradley.com>
**Subject:** Tyson/API

Ed- As of now, we can accept service for Don Mabe. I expect to have answers to your other questions Thursday or Friday. I hope you and your family enjoy the holiday.

Dan

Daniel F. Diffley
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
404-881-4703
404-641-0319 (cell)
dan.diffley@alston.com

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.