# Exhibit A

# N19C-12-160, RIVER VALLEY INGREDIENTS, LLC, et al. v. AMERICAN PROTEINS, INC., et al.

DE Superior - New Castle

New Castle

**This case was retrieved on 12/20/2019**

## Header

**Case Number:** N19C-12-160
**Date Filed:** 12/20/2019
**Date Full Case Retrieved:** 12/20/2019
**Status:** Open
**Misc:** (30) CCLD - Complex Commercial Litigation Division; Civil

## Summary

**Judge**:  Mary M Johnston
**Status**: Active

## Participants

| Litigants | Attorneys |
|---|---|
| RIVER VALLEY INGREDIENTS, LLC<br>**Plaintiff** | Brauerman, Stephen<br>Plaintiff<br> 4952 DE<br>Fax : 3026586395<br>PO Box 25130<br>Wilmington, DE 19899<br>302-655-5000<br>sbrauerman@bayardlaw.com<br>Address2:  600 North King St., Suite 400 |
| RIVER VALLEY INGREDIENTS, LLC<br>**Plaintiff** | Sarah Andrade Esq<br>Plaintiff<br>Fax : 302-658-6395<br>302-655-5000 |
| TYSON FARMS, INC.<br>**Plaintiff** | Brauerman, Stephen<br>Plaintiff<br>4952 DE<br>Fax : 3026586395<br>PO Box 25130<br>Wilmington, DE 19899<br>302-655-5000<br>sbrauerman@bayardlaw.com<br>Address2:  600 North King St., Suite 400 |
| TYSON FARMS, INC. | Sarah Andrade Esq |

Case 1:19-cv-02358-RGA Document 5-1 Filed 01/03/20 Page 3 of 7 PageID #: 515

Page 2 of 6

N19C-12-160, RIVER VALLEY INGREDIENTS, LLC, et al. v. AMERICAN PROTEINS, INC., et al.

| Litigants | Attorneys |
|---|---|
| **Plaintiff** | Plaintiff<br>Fax : 302-658-6395<br>302-655-5000 |
| TYSON POULTRY, INC.<br>**Plaintiff** | Brauerman, Stephen<br>Plaintiff<br>4952 DE<br>Fax : 3026586395<br>PO Box 25130<br>Wilmington, DE 19899<br>302-655-5000<br>sbrauerman@bayardlaw.com<br>Address2:  600 North King St., Suite 400 |
| TYSON POULTRY, INC.<br>**Plaintiff** | Sarah Andrade Esq<br>Plaintiff<br>Fax : 302-658-6395<br>302-655-5000 |
| **AMERICAN PROTEINS**, INC. n/k/a CROSSROADS PROPERTIES A, INC.<br>**Defendant** | |
| AMPRO PRODUCTS, INC. n/k/a CROSSROADS PROPERTIES B, INC.<br>**Defendant** | |
| DON MABE<br>**Defendant** | |
| GEORGIA FEED PRODUCTS COMPANY, LLC n/k/a CROSSROADS PROPERTIES C, LLC<br>**Defendant** | |
| MARK HAM<br>**Defendant** | |
| MIKE HULL<br>**Defendant** | |
| THOMAS ("TOMMY") N. BAGWELL<br>**Defendant** | |
| Bayard PA<br>**Others** | |
| Dora DAS Salerno<br>**Others**<br>Phone Number : 3022550750 Email : Dora.Salerno@delaware.gov | |
| Mary M Johnston<br>**Primary Judge**<br>Fax : 302-255-2264 Phone Number : 302-255-0752 | |

**--- Unassociated Attorneys ---**

Joyce, Norma

PO Box 25130

Wilmington, DE 19899

3024294229

Case 1:19-cv-02358-RGA   Document 5-1   Filed 01/03/20   Page 4 of 7 PageID #: 516

Page 3 of 6

N19C-12-160, RIVER VALLEY INGREDIENTS, LLC, et al. v. AMERICAN PROTEINS, INC., et al.

njoyce@bayardlaw.com

## Proceedings

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 12/20/2019 | 1 | Praecipe to issue Summons on American Proteins, Inc. n.k.a Crossroads Properties A, Inc. pursuant to 10 Del. C. 3104 | Filer Name: Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages: 2<br>Doc Type: Attachment<br>Filing Id: 64540413 |
| 12/20/2019 | 2 | Summons on American Proteins, Inc. n.k.a Crossroads Properties A, Inc. pursuant to 10 Del. C. 3104 | Filer Name: Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages: 2<br>Doc Type: Attachment<br>Filing Id: 64540413 |
| 12/20/2019 | 3 | Plaintiffs' Motion for Leave to File Complaint Under Seal (Received by Prothonotary 12-18-2019) | Filer Name: Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages: 4<br>Doc Type: Lead Document<br>Filing Id: 64540413 |
| 12/20/2019 | 4 | (SEALED) Complaint | Filer Name: Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages: 57<br>Doc Type: Lead Document<br>Filing Id: 64540413 |
| 12/20/2019 | 5 | Order Granting Plaintiffs' Motion for Leave to File Complaint Under Seal (Granted on 12-20-2019) | Filer Name: Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages: 2<br>Doc Type: Attachment<br>Filing Id: 64540413 |
| 12/20/2019 | 6 | (SEALED) Exhibit A to the Complaint | Filer Name: Joyce, Norma; RIVER VALLEY |

Case 1:19-cv-02358-RGA Document 5-1 Filed 01/03/20 Page 5 of 7 PageID #: 517

Page 4 of 6

N19C-12-160, RIVER VALLEY INGREDIENTS, LLC, et al. v. AMERICAN PROTEINS, INC., et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages:<br>409<br>Doc Type:<br>Attachment<br>Filing Id:<br>64540413 |
| 12/20/2019 | 7 | Civil Case Information Statement | Filer Name:<br>Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages:<br>2<br>Doc Type:<br>Attachment<br>Filing Id:<br>64540413 |
| 12/20/2019 | 8 | Praecipe to issue Summons on Mike Hull pursuant to 10 Del. C. 3104 | Filer Name:<br>Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages:<br>2<br>Doc Type:<br>Attachment<br>Filing Id:<br>64540413 |
| 12/20/2019 | 9 | Summons for Mike Hull pursuant to 10 Del. C. 3104 | Filer Name:<br>Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages:<br>2<br>Doc Type:<br>Attachment<br>Filing Id:<br>64540413 |
| 12/20/2019 | 10 | Praecipe to issue Summons on Mark Ham pursuant to 10 Del. C. 3104 | Filer Name:<br>Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages:<br>2<br>Doc Type:<br>Attachment<br>Filing Id:<br>64540413 |
| 12/20/2019 | 11 | Summons on Mark Ham pursuant to 10 Del. C. 3104 | Filer Name:<br>Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages:<br>2<br>Doc Type:<br>Attachment<br>Filing Id:<br>64540413 |
| 12/20/2019 | 12 | Praecipe to issue Summons on Georgia Feed | Filer Name:<br>Joyce, Norma; RIVER VALLEY |

Case 1:19-cv-02358-RGA Document 5-1 Filed 01/03/20 Page 6 of 7 PageID #: 518

Page 5 of 6

N19C-12-160, RIVER VALLEY INGREDIENTS, LLC, et al. v. AMERICAN PROTEINS, INC., et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | Products Company, LLC n.k.a Crossroads Properties C, Inc. pursuant to 10 Del. C. 3104 | INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages: 2<br>Doc Type: Attachment<br>Filing Id: 64540413 |
| 12/20/2019 | 13 | Summons on Georgia Feed Products Company, LLC n.k.a Crossroads Properties C, Inc. pursuant to 10 Del. C. 3104 | Filer Name: Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages: 2<br>Doc Type: Attachment<br>Filing Id: 64540413 |
| 12/20/2019 | 14 | Praecipe to issue Summons on Don Mabe pursuant to 10 Del. C. 3104 | Filer Name: Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages: 2<br>Doc Type: Attachment<br>Filing Id: 64540413 |
| 12/20/2019 | 15 | Summons on Don Mabe pursuant to 10 Del. C. 3104 | Filer Name: Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages: 2<br>Doc Type: Attachment<br>Filing Id: 64540413 |
| 12/20/2019 | 16 | Praecipe to issue Summons on Thomas N. Bagwell pursuant to 10 Del. C. 3104 | Filer Name: Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages: 2<br>Doc Type: Attachment<br>Filing Id: 64540413 |
| 12/20/2019 | 17 | Summons on Thomas N. Bagwell pursuant to 10 Del. C. 3104 | Filer Name: Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages: 2<br>Doc Type: Attachment<br>Filing Id: 64540413 |
| 12/20/2019 | 18 | Praecipe to issue Summons on Ampro Products, | Filer Name: Joyce, Norma; RIVER VALLEY |

Case 1:19-cv-02358-RGA   Document 5-1   Filed 01/03/20   Page 7 of 7 PageID #: 519

Page 6 of 6

N19C-12-160, RIVER VALLEY INGREDIENTS, LLC, et al. v. AMERICAN PROTEINS, INC., et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | Inc., n.k.a Crossroads Properties B, Inc. pursuant to 10 Del. C. 3104 | INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages:<br>2<br>Doc Type:<br>Attachment<br>Filing Id:<br>64540413 |
| 12/20/2019 | 19 | Summons on Ampro Products, Inc., n.k.a Crossroads Properties B, Inc. pursuant to 10 Del. C. 3104 | Filer Name:<br>Joyce, Norma; RIVER VALLEY INGREDIENTS, LLC; TYSON POULTRY, INC.; TYSON FARMS, INC.<br>Number of Pages:<br>2<br>Doc Type:<br>Attachment<br>Filing Id:<br>64540413 |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\*

**End of Document**